John P. BUTLER, Jr., Respondent,

v.

METRO SHEET METAL, and Federated Insurance Co., Respondents,

General Sheet Metal, and CNA/Transcontinental Insurance Co., Relators,

Air Conditioning Associates, and State Fund Mutual Insurance Co., Respondents,

and

Foot Clinics, Ltd., P.A., Walgreen Company, Minnhealth Family Physicians, Sheet Metal # 10 Benefit Fund, Intervenors.

No. C7–01–205.

Supreme Court of Minnesota.

April 26, 2001.

Kenneth D. Nelson, Law Offices of Joseph M. Stocco, Minneapolis, for appellant.

Carl J. Sommerer, Sommerer & Schultz, P.A., Minneapolis, for employee John P. Butler.

Deborah K. Sundquist and Kyle T. Kustermann, Aafedt, Forde, Gray & Monson, P.A., Minneapolis, for Metro Sheet Metal and Federated Ins. Co.

Anne Kevlin, Lynn, Scharfenberg & Associates, Minneapolis, for Air Conditioning Associates and State Fund Mut. Ins. Co.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 4, 2001, be, and the same is, affirmed without opinion. See Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:

/s/ Alan C. Page

Associate Justice